IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| THOMAS ALSTON, | * | |
| | | Case No. |
| Plaintiff, | * | |
| v. | | (Removed from the Circuit Court for |
| | * | Prince George's County, Maryland) |
| RJM ACQUISITIONS LLC, PLAZA | | |
| RECOVERY, INC., JEFFERSON | * | |
| CAPITAL SYSTEMS, LLC, BUREAU | | |
| OF COLLECTION RECOVERY, | * | |
| | | |
| Defendant. | | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

Defendant Jefferson Capital Systems, LLC ("Defendant" or "Jefferson Capital"), by undersigned counsel and pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, files this Notice of Removal and states as follows:

### INTRODUCTION

1. Defendant, pursuant to 28 U.S.C. §§ 1331, 1367, 1441, and 1446, hereby files this notice of removal of this civil action from the Circuit Court for Prince George's County, Maryland, to the United States District Court for the District of Maryland. This Court has jurisdiction based on federal question jurisdiction, 28 U.S.C. § 1331, and supplemental jurisdiction pursuant to 28 U.S.C. § 1367. Pursuant to 28 U.S.C. § 1446(a), the grounds for removal are as follows:

### BACKGROUND

2. On or about May 1, 2013, Plaintiff filed this complaint in the Circuit Court for Prince George's County, Maryland, Case No. CAL13-12377.

3. On May 13, 2013, Defendant was served with a copy of the Complaint. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders filed are attached collectively as **Exhibit A**.

4. The Complaint seeks relief pursuant to the Fair Credit Reporting Act, 15 U.S.C. § 1681 *et seq.* (the "FCRA"), the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "FDCPA"), and the Maryland Consumer Debt Collection Act, Md. Code §14-201 *et seq.* (the "MCDCA").

## THIS COURT HAS JURISDICTION UNDER 28 U.S.C. § 1331 AND 28 U.S.C. § 1367(a).

5. This Court has original jurisdiction over this action under 28 U.S.C. § 1331, which provides: "The district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States." 28 U.S.C. § 1331.

6. Pursuant to 28 U.S.C. § 1441(b), "[a]ny civil action of which the district courts have original jurisdiction founded on a claim or right arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties."

7. Specifically, this Court has original jurisdiction of this action because Plaintiff's allegations arise under the following federal statutes: the FCRA and FDCPA.

8. Further, this Court has supplemental jurisdiction over Plaintiff's state law claim pursuant to 28 U.S.C. § 1367(a), which provides that "in any civil action of which the district courts have original jurisdiction, the district courts shall have supplemental jurisdiction over all other claims that are so related to claims in the action within such original jurisdiction that they form part of the same case or controversy under Article III of the United States Constitution."

2

Specifically, this Court has supplemental jurisdiction over Plaintiff's claim for violation of the MCDCA.

## ALL OTHER PROCEDURAL REQUISITES FOR REMOVAL ARE SATISFIED

9. Venue is appropriate in this Court, and Defendants seek to remove this case to the United States District Court for the District of Maryland pursuant to 28 U.S.C. § 1441(a). The Circuit Court of Prince George's County, Maryland is located within this District and cases arising in the Circuit Court of Prince George's County, Maryland are properly assigned to this Court. *See* 28 U.S.C. § 100(1).

10. Pursuant to 28 U.S.C. § 1446(a)(2)(A), upon information and belief, this removal is filed on behalf of all defendants who have been properly joined and served. Specifically, RJM Acquisitions LLC has been served and consents to this removal. As of the filing of this Notice of Removal, Bureau of Collection Recovery has not been served. Although Jefferson Capital has attempted to determine whether Plaza Recovery, Inc. has been served, as of the filing of this Notice of Removal, it does not currently know whether Plaza Recovery, Inc. has been served. Jefferson Capital will obtain the consent of all remaining defendants as soon as possible.

11. This case is not precluded from being removed under 28 U.S.C. § 1445 because: (a) it is not brought against a railroad or its receivers or trustees, arising under 45 U.S.C. 51–54, 55–60; (b) it is not brought against a carrier or its receivers or trustees to recover damages for delay, loss or injury of shipments arising under section 11706 or 14706 of title 49; (c) it does not arise under the workmen's compensation laws; and (d) it does not arise under Section 40302 of the Violence Against Women Act of 1994.

12. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served upon Defendant are attached hereto as Exhibit A.

13. Defendant is required to file its Notice of Removal within 30 days of service, on or before June 12, 2013. Removal is therefore timely under 28 U.S.C. § 1446(b) because this Notice of Removal is being filed within thirty (30) days from the date the Complaint was served on Defendant.

15. In accordance with 28 U.S.C. § 1446(d), a true and correct copy of this Notice of Removal will be promptly filed with the Clerk of the Circuit Court for Prince George's County, Maryland and served upon all parties of record. *See* Notice of Filing of Removal, attached as **Exhibit B**.

WHEREFORE, Defendant Jefferson Capital Systems, LLC respectfully requests that the above-captioned action now pending in the Circuit Court of Prince George's County, Maryland, be removed to the United States District Court for the District of Maryland and that this District Court enter such other and further orders as may be necessary to accomplish the requested removal.

Date:   June 12, 2013                               Respectfully submitted,

*/s/ Melissa Martinez*

Melissa O. Martinez (Federal Bar No. 28975)
**MCGUIREWOODS LLP**
7 Saint Paul Street, Suite 1000
Baltimore, Maryland 21202
(410) 659-4400
(410) 659-4472 (Fax)
mmartinez@mcguirewoods.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2013, the foregoing Notice of Removal was served via first class mail, postage prepaid, on the following:

>Thomas Alston
>10012 Cedarhollow Lane
>Largo, MD 20774
>
>**RJM ACQUISITIONS LLC**
>The Corporation Trust Incorporated
>351 West Camden Street
>Baltimore, MD 21201
>
>**PLAZA RECOVERY, INC**
>The Corporation Trust Incorporated
>351 West Camden Street
>Baltimore, MD 21201
>
>**BUREAU OF COLLECTION RECOVERY**
>The Corporation Trust Incorporated
>351 West Camden Street
>Baltimore, MD 21201

_____
Melissa O. Martinez